PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
JUL 31 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Trinity Villarreal                    Case Number:  DR:21-CR-00329(02)

Name of Sentencing Judicial Officer:  Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence:  September 11, 2023

Original Offense:  Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence:  Twenty-Seven (27) months imprisonment, followed by three (3) years supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  May 6, 2024

Assistant U.S. Attorney:  Brett Chappy Miner          Defense Attorney:  Dalila Padilla Paxton

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Mandatory Condition No. 2:** The defendant shall not unlawfully possess a controlled substance. |
| 2. | **Mandatory Condition No. 3:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant. |
| 3. | **Special Condition:** The defendant shall abstain from the use of alcohol and any and all intoxicants. |

Trinity Villarreal
DR:21-CR-00329(02)
July 26, 2024
Page 2

| | |
|---|---|
| 4. | **Special Condition:** The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption. |

On July 9, 2024, Villarreal submitted a urine specimen, yielding positive results for cocaine. On July 12, 2024, the probation officer contacted Villarreal via telephone, and she verbally admitted to consuming cocaine to cope with feelings of mental health and other situational stressors in her life.

| | |
|---|---|
| 5. | **Special Condition:** The defendant shall participate in a substance abuse program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs and alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able. |
| 6. | **Special Condition:** The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able. |

On May 13, 2024, Villarreal was referred to an outpatient co-occurring treatment program and placed on a urine collection system to monitor the use of drugs or alcohol. On July 9, 2024, she submitted a urine specimen, yielding positive results for cocaine. Therefore, Villarreal failed to follow the rules and regulations of the program.

| | |
|---|---|
| 7. | **Standard Condition No. 4:** The defendant shall answer truthfully the questions asked by the probation officer. |

A San Antonio Police Department Report reflects (#SAPD24159885), on July 24, 2024, at approximately 1:08am, a police officer responded to a "cutting in progress call." The officer contacted the victim and observed a wound to her stomach. The victim reported she and her partner, identified as Trinity Villarreal, were involved in an argument. The victim observed Villarreal with a steak knife in her hand pointed towards Villarreal's stomach. The victim stated she walked towards the kitchen and bumped into Villarreal. The victim stated the wound she sustained was an accident, and reported Villarreal did not intentionally stab her. The officer noted he observed the victim to be intoxicated and had trouble maintaining balance while explaining the events described. The victim was non-compliant when asked to show the officer the knife used and the location of the apartment where the stabbing took place.

The officer contacted Villarreal and observed a wound to her stomach area. Villarreal reported to the officer she suffered from mental health issues and became overwhelmed with thoughts in her head. She reportedly grabbed a knife and intentionally pointed it towards her own stomach. Villarreal stated the victim attempted to stop her from stabbing herself. When the victim made contact with Villarreal, Villarreal reacted by flipping the knife around and stabbed the victim unintentionally.

Trinity Villarreal
DR:21-CR-00329(02)
July 26, 2024
Page 3

Villarreal was not arrested but instead determined to be a threat to herself and others in relation to a mental health crisis. She was transported to a local hospital for emergency detention, where she was released to hospital staff. At the time this report was prepared, Villarreal remained in custody of the hospital and was given instructions to contact the probation officer upon her release.

On the evening of July 24, 2024, Villarreal contacted the probation officer in reference to the reported incident. The probation officer questioned Villarreal regarding details of the incident. She reported she accidentally stabbed her girlfriend (victim). Villarreal stated she was cutting vegetables for dinner when her girlfriend received a phone call. Villarreal stated this upset her and she was pointing the knife at her girlfriend during an argument. Villarreal reported when her girlfriend turned around, she "stuck her with the knife on accident."

Based on the details of the incident report, it appears Villarreal did not answer truthfully the questions asked by the probation officer.

**U.S. Probation Officer Recommendation:** Trinity Villarreal appears to be a danger to herself and to others and required the need for emergency detention. She has a history of mental health and substance abuse issues, and she was actively enrolled in outpatient treatment services and receiving psychiatric medications at the time of the incident. Prior to the emergency detention, Villarreal reportedly used cocaine to cope with mental health issues and situational stressors.

Despite the efforts to assist Villarreal with her mental health, she reverts to drug use and self-harm as a coping mechanism. Further, it appears she has become a danger to others.

At this time, the probation office recommends a petition for warrant be approved, and a warrant be issued for her arrest. The present violations are deferred to the Court for ruling.

☒ The term of supervision should be
  ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

  ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5315

Respectfully submitted,

_____
Natalie Balderas
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5339
Date: July 26, 2024

Trinity Villarreal
DR:21-CR-00329(02)
July 26, 2024
Page 4

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney
City Chief, Del Rio Division

cc:   Joshua Banister
      Deputy City Chief, U.S. Attorney's Office

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a WARRANT. Bond is set in the amount of $ detain cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other _____

_____
Honorable Alia Moses
Chief U.S. District Judge

7/31/24
_____
Date